UNITED STATES DISTRICT COURT — MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 1/7/2011          CASE NUMBER: 11-09094M-(CRP)

USA vs. JESUS VALENCIA

U.S. MAGISTRATE JUDGE: MAGISTRATE D. THOMAS FERRARO    Judge #: 70BU

U.S. Attorney  Kyle J. Healey                            INTERPRETER REQ'D  N/A

Attorney for Defendant  Gary Spector for Rosemary Marquez (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

☐ Complaint Filed   ☐ DOA _____     ☐ Warrant Other District    ☐ Financial Afdvt taken
                                      ☐ Warrant Phx Div.          ☐ No Financial Afdvt taken
                                      ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____. Further proceedings Ordered in defendant's true name.

**MATERIAL WITNESS(ES):** 1-MAURELIO GODINEZ-LOPEZ
**It is ordered that Peter Hormel is appointed as attorney for Material Witness(es).**

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
   is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☐ Held ☒ Cont'd ☐ UA<br>Set for: 1/11/11 at 10:30 am<br>before: Magistrate Judge Edmonds | PRELIMINARY HEARING: ☐ Held ☒ Cont'd<br>Set for: 1/11/11 at 10:30 am<br>before: Magistrate Judge Edmonds |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found   ☐ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT**   Set for                          before: | |

OTHER: Defense Counsel requests that the Detention/Preliminary Hearings be reset so that Ms. Marquez can be present. IT IS ORDERED that the Detention/Preliminary Hearings are reset to January 11, 2011 at 10:30 am before Magistrate Judge Edmonds.

Recorded by Courtsmart
BY:  Cindy Stewart          Status Hrg: 0
Deputy Clerk                Atty Appt: 0