AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

| FILED | LODGED |
| --- | --- |
| RECEIVED | COPY |

**FEB 7 2011**

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

DISTRICT OF _____ ARIZONA _____

United States of America

      v.

Jesus Valencia,

**WAIVER OF INDICTMENT**

CR11-00434-TUC-CKJ (CRP)

CASE NUMBER: 11-9094M(CRP)

I, Jesus Valencia, the above named defendant, who is accused of transportation of an illegal alien for profit, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/7/11 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jesus Valencia
Defendant

Rosemary Marquez
Attorney for Defendant

Before
    Judicial Officer