DENNIS K. BURKE
United States Attorney
District of Arizona
KYLE J. HEALEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
E-mail: kyle.healey@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

FEB 7 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 11-9094M(CRP) |
|---|---|
| Plaintiff, | INFORMATION |
| v. | Violation: CR 11-00434-TUC-CKJ(CRP) |
| Jesus Valencia, | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | 8 U.S.C. § 1324(a)(1)(B)(i) |
| Defendant. | (Transportation of an Illegal Alien for Profit) |
| | (Felony) |

THE UNITED STATES ATTORNEY ALLEGES:

On or about January 4, 2011, at or near Three Points, in the District of Arizona, JESUS VALENCIA, knowing and in reckless disregard of the fact that a certain alien, Maurelio Godinez-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

DENNIS K. BURKE
United States Attorney
District of Arizona

1/19/11
Date

KYLE J. HEALEY
Assistant United States Attorney