# UNITED STATES DISTRICT COURT
для the
District of Arizona

```
                                    FILED ____   ____ LODGED
                                    ____ RECEIVED ____ COPY

                                         FEB  7 2011

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY_____ DEPUTY
```

United States of America

*Plaintiff,*

vs.

)   CR 11-00434-TUC-CKJ (CRP)
)
)   **CONSENT OF DEFENDANT**
)   **AND**
)   **ORDER OF REFERRAL**

Jesus Valencia
*Defendant.*

## ORDER OF REFERRAL

Defendant _____Jesus Valencia_____ having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge _____Pyle_____ to administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and to make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

**SO ORDERED:**

_____
Cindy K. Jorgenson
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED this ___7th___ day of _____February_____, 2011