IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson  MAGISTRATE JUDGE'S MINUTES

CR 11-00434-001-TUC-CKJ(CRP)     Date: 2/7/2011
Hon. CHARLES R. PYLE, United States Magistrate Judge     Judge #: 70BM

USA v. JESUS VALENCIA

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ
Deputy Clerk Sherry Gammon     Recorded by Courtsmart
U.S. Atty: Kyle J. Healey     Dft Atty: Rosemary Marquez
Intrptr: N/A

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued, dft to be held without bail

**PROCEEDINGS:** ☒ ARRAIGNMENT/PLEA ☐ CHANGE OF PLEA

☒ Waiver of Indictment filed

☒ Information filed, CODE: Title 8 USC, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i); Transportation of an Illegal Alien for Profit

☒ Dft states true name to be: SAME

☒ Dft advised: ☒ Right to trial by jury ☒ Right to indictment by GJ

☒ Dft enters: ☒ GUILTY PLEA to the Information
Lesser offense_____

☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED

☒ Guidelines case     ☐ Non-guidelines case

☒ Continued for sentence to **04/27/11 at 2:15 PM BEFORE JUDGE JORGENSON**

☒ **ORDER:** PSR to be prepared. (1) Any objection(s) to the presentence report shall be filed no later than 14 days after receiving the presentence report pursuant to Fed.R.Crim.P. 32(f)(2); (2) any response to the objection(s) to the presentence report shall be filed no later than 11 days after receiving the objection(s); (3) any sentencing memorandum shall be filed no later than 5 business days prior to sentencing; (4) Any party seeking to continue a sentencing date shall file a Motion to Continue no later than two (2) business days prior to the date of hearing. Additionally, counsel shall telephonically notify chambers when sentencing is within two (2) business days; (5) failure to comply with this Order may result in the imposition of sanctions.

☐ To be dismissed upon entry of judgment _____

☒ ORDER vacate trial date/motion hearing/motions moot

☒ Provided with copy of Indictment/Information ☒ Waives reading

☐ ORDER defendant remain released pending sentence/remanded to USM

☐ Other:_____

ARR: 0     COP: 14 minutes