

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>JESUS VALENCIA,<br><br>    Defendant. | CR 11-00434-001-TUC-CKJ(CRP)<br><br>**MAGISTRATE JUDGE'S**<br>**FINDINGS AND RECOMMENDATION**<br>**UPON A PLEA OF GUILTY** |

    Upon Defendant's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Magistrate Judge by the District Court, with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States.

    Thereafter, the matter came on for a hearing on Defendant's plea of guilty to the information which charges Title 8 USC, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i); Transportation of an Illegal Alien for Profit in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record.

    In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

    (A)    I FIND as follows:
          (1)    that Defendant is competent to plead;
          (2)    that Defendant understands his/her right to trial;

(3) that Defendant understands what the minimum mandatory and maximum possible sentence is, including the effect of the supervised release term, and defendant understands that the sentencing guidelines apply and that the court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by the Defendant has been knowingly and voluntarily made and is not the result of force or threats or of promises apart from the plea agreement between the parties;

(5) that Defendant understands the nature of the charge against him/her;

(6) that Defendant understands that his/her answers may later be used against him/her in a prosecution for perjury or false statement; and

(7) that there is a factual basis for the Defendant's plea;

(8) that the defendant knowingly, intelligently and voluntarily waived his/her right to appeal or collaterally attack his/her conviction and any sentence imposed if it is within the range permitted by the plea agreement;

and further,

(B) I RECOMMEND that the District Court accept the Defendant's plea of guilty to the information which charges Title 8 USC, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i); Transportation of an Illegal Alien for Profit.

(C) The parties have fourteen (14) days from the date of service of this Report and Recommendation to file written objections with the District Court.

Dated: 2/7/2011

**CHARLES R. PYLE**
UNITED STATES MAGISTRATE JUDGE