**Rosemary Marquez, Esq**.
**MÁRQUEZ LAW FIRM**, **P.L.L.C.**
State Bar Number 015175
55 West Franklin Street
Tucson, Arizona   85701
Tel: (520) 642-0755
Fax: (520) 624-0743
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States America,**  )<br>                                                )<br>           **Plaintiff,**             )<br>                                                )<br>                                                )<br>**vs.**                                     )<br>                                                )<br>**Jesus Valencia,**                )<br>                                                )<br>           **Defendant,**         )<br>                                                )<br>_____) | **CASE NO.  CR11-0434-CKJ(CRP)**<br><br>**MOTION TO CONTINUE**<br>**SENTENCING HEARING DATE**<br><br>**(FIRST REQUEST)**<br><br>**(No Oral Argument Requested)** |

It is expected that excludable delay under Title 18, United States Code, Section §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Defendant, Jesus Valencia through undersigned counsel, Rosemary Marquez respectfully requests a two (2) week continuance of sentencing date currently scheduled for April 27, 2011 at 2:15 p.m.  It is necessary to continue the sentencing hearing date because counsel will be out of the country on a previously scheduled vacation.   Assistant United States Attorney, Kyle J. Healey, has been contacted and has no objection to this request.

RESPECTFULLY SUBMITTED this 5th day of April, 2011.

**MÁRQUEZ LAW FIRM, P.L.L.C.**

/s/Rosemary Marquez
Rosemary Marquez
Attorney for Defendant