PROB 12C
8/08

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant

**SEALED**

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 3 1 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____

| | | | |
|---|---|---|---|
| Name of Offender: | **Jesus VALENCIA** | Case No.: | **11CR00434-001-TUC-CKJ(CRP)** |
| Name of Judicial Officer: | The Honorable Cindy K. Jorgenson, U.S. District Judge | | |
| Date of Original Sentence: | 05/12/2011 | | |
| Original Offense: | Count 1: | Transportation of an Illegal Alien For Profit, 8 USC § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(I) a Class C felony. | |
| Original Sentence: | **Five months Bureau of Prisons, 24 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **06/03/2011** |
| | | Date Supervision Expires: | **06/02/2013** |
| Assistant U.S. Attorney: | **Kyle Healey**<br>(520) 620-7300 | Defense Attorney: | **Rosemary Marquez**<br>(520) 879-7500 |

Petitioning the Court to issue a Warrant

The probation officer alleges Jesus VALENCIA has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| A) Standard Condition No. 18: *If supervision follows a term of imprisonment, you shall report in person to the probation officer in the district to which you are released within seventy-two (72) hours of release.* | 1) Valencia failed to report to the probation office following his release from custody. Attempts to contact him through his family, his girlfriend and members of the community, have been unsuccessful. Currently his whereabouts is unknown. Grade C violation §7B1.1(a)(3). |
| B) Special Condition No. 6: *You shall reside and participate in a residential re-entry center for up to 120 days and shall comply with the rules of the facility.* | 1) Valencia failed to report to the residential reentry center following his release from custody as directed at his sentencing on May 12, 2011. Grade C violation §7B1.1(a)(3). |

Healey, PO, USM

Copies Distributed

VALENCIA, Jesus
Petition to Revoke
August 30, 2011

**U.S. Probation Officer Recommendation and Justification**

Valencia has violated the trust of the Court. A warrant is recommended as Valencia is a flight risk as he has absconded from supervision.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____  8/30/11            _____  8/30/11
Georgeanna Adams                 Date                David J. Ouellette                Date
U.S. Probation Officer                                Supervisory U.S. Probation Officer
Office Phone: (520) 205-4678                         Office Phone: (520) 205-4457
Cell Phone:   (520) 861-6572                         Cell Phone:   (520) 631-7044

---

The Court Orders

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other


_____            8-30-11
The Honorable Cindy K. Jorgenson            Date
U.S. District Judge