AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
District of Arizona

FILED ___ LODGED
RECEIVED ___

APR - 4 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ DEPUTY

United States of America
v.

JESUS VALENCIA
*Defendant*

Case No.    CR 11-00434-TUC-CKJ(CRP)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JESUS VALENCIA
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☒ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:3583, Violation of the conditions of supervised release as set by the Honorable Cindy K. Jorgenson on May 12, 2011.

Date:  8/31/2011

_____
*Issuing officer's signature*

City and state:    Tucson, Arizona

RICHARD H. WEARE, CLERK
*By Jill Tarlton, Deputy Clerk*

| Return |
|---|
| This warrant was received on *(date)*  8/31/11 , and the person was arrested on *(date)*  4/3/12 |
| at *(city and state)* |

Date:  4/3/12

Subject arrested by USMS
and initialed on  4/4/12
in the District of Arizona.

_____
*Arresting officer's signature*

_____
*Printed name and title*

KYLE HEALEY,  PO,  USM (2 - CC)