## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
v.
**Jesus Valencia**

No. CR 11-00434-001-TUC-CKJ(CRP)

USM#: 27105-308

**JUDGMENT AND COMMITMENT**
**REVOCATION OF SUPERVISED RELEASE**

Rosemary Marquez, (CJA)
Attorney for Defendant

On 05/12/2011 the defendant, present with counsel, appeared for sentencing for violating, Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(i), Transportation of Illegal Aliens for Profit, a Class C Felony offense, as charged in the Information filed herein.

> The defendant was sentenced to a term of **FIVE (5) MONTHS** imprisonment and upon release, **TWO (2) YEARS** of supervised release to follow.

On 08/31/2011 the United States Probation Office filed a petition to revoke the term of supervised release.

On 04/30/2012 the defendant appeared with counsel and admitted allegation A as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 05/12/2011 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **SEVEN (7) MONTHS**, with a term of **TWENTY- FOUR (24) MONTHS** supervised release to follow.

In addition to the standard conditions of supervision, the defendant shall also comply with the following special conditions:

1. You shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall not commit another federal, state, or local crime during the term of supervision.

3. The first six (6) MONTHS of supervised release to be served in a residential re-entry center for 180 days, unless discharged earlier by the probation officer.

4. You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. 10130(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

6. You shall provide the probation officer access to any requested financial information.

7. You shall maintain full-time employment and/or schooling as directed by the probation officer.

8. You shall abstain from all use of alcohol or alcoholic beverages.

Case 4:11-cr-00434-CKJ-CRP   Document 39   Filed 06/01/12   Page 2 of 2

CR 11-00434-001-TUC-CKJ(CRP)  
USA vs. Jesus Valencia

Page 2 of 2

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**IT IS FURTHER ORDERED** that all remaining allegations are dismissed.

The Court orders commitment to the custody of the Bureau of Prisons

The defendant previously waived the right to appeal. The Court further advises the defendant of the right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

May 30, 2012  
Date of Imposition of Sentence

5/31/2012  
Dated

JAMES G. CARR  
UNITED STATES DISTRICT JUDGE

CR 11-00434-001-TUC-CKJ(CRP) - Valencia