UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 9/9/14　　　　　　CASE NUMBER: CR 11-00434-TUC-CKJ(CRP)

U.S. MAGISTRATE JUDGE: BRUCE G. MACDONALD　Judge #: 70BY

USA vs. Jesus Valencia

DEFENDANT: ☒ PRESENT　☐ NOT PRESENT　☐ RELEASED　☒ CUSTODY

U.S. Attorney S Tsethlikai for Kyle J. Healey　　　Interpreter Req'd N/A

Attorney for Defendant Mark Willimann (CJA)

INITIAL APPEARANCE:

PETITION FOR VIOLATION OF ☐ PROBATION ☒ SUPERVISED RELEASE ☐ PRETRIAL RELEASE

Defendant ☐ ADMITS ☒ DENIES allegation (s) set forth in the Petition

☒ Gov't requests detention ☐ deft requests hearing ☒ no objection at this time

☐ Detention Hearing held

☐ Detention Hearing set for __ BEFORE __

☒ Admit/Deny Hearing set for 10/16/2014 at 10:15 AM BEFORE MAGISTRATE JUDGE PYLE

☒ Preliminary Hearing waived

☐ Preliminary Hearing set for __ BEFORE __

☐ Dispositonal Hearing set for __ BEFORE __

☒ Defendant is Ordered detained pending ☐ Detention/Bail ☐ evidentiary ☐ dispositional hearings ☒ disposition of matter

Defendant has filed a financial affidavit with the Court. Upon review, Mark Willimann, CJA, is appointed as counsel for Defendant, terminating the previous appointment of Rosemary Marquez.

Petition, Doc. #43 to be unsealed.

　　　　　　　　　　　　　　　　　　　　　　　Recorded by Courtsmart　　IA: 0
　　　　　　　　　　　　　　　　　　　　　　　BY: Beth Harper　　　　　PH: 0
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Start time: 2:30
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stop time: 3:45