JOHN S. LEONARDO
United States Attorney
District of Arizona
BRIAN R. DECKER
Assistant U.S. Attorney
State Bar No. 027449
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email:  brian.decker@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 11-00434-TUC-CKJ(CRP) |
|---|---|
| Plaintiff, | NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL |
| vs. | |
| Jesus Valencia, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, gives notice that BRIAN R. DECKER files his appearance as counsel for the United States of America in the above-captioned matter, in place of KYLE J. HEALEY.

Respectfully submitted this 17th day of September, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Brian R. Decker*

BRIAN R. DECKER
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 17th day of September, 2014, to:

All ECF Participants