IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson                              **CRIMINAL MINUTES**

CR 11-00434-001-TUC-CKJ(CRP)                                Date: 1/20/2015
CASE NUMBER

Hon. CINDY K. JORGENSON, United States District Judge          Judge #: 7029

USA v. Jesus Valencia

DEFENDANT:  ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Writ

Deputy Clerk Jill Tarlton                  Crt Rptr: Mary Riley

U.S. Atty: Lauren LaBuff for Brian Decker  Intrptr: N/A

Dft Atty: Mark Willimann, CJA Appointed    ☒ Present

**JUDGMENT     [SENTENCE]**

☐ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of _____ on Cts(s) _____
☐ Supervised release term of _____ by law on Ct(s) _____
☐ Fine of _____ on Ct(s) _____                          TOTAL FINE _____
☐ Restitution of _____ ordered pursuant to 1:3580
☐ Special Assessment of _____ pursuant to 18:3013 on Ct(s) _____
☐ On Motion of U.S. Atty: Ct(s) _____
☐ Order bond exonerated           ☐ Bond exonerated upon surrender to USM
☐ Dft advised of right to appeal  ☐ Appeal bond set at $_____
☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.
☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.
☐ Addt'l conditions probation/supervised release: _____
☒ Other: Government counsel requests a continuance to allow time for the assigned government attorney to research a recent Ninth Circuit case prior to disposition. **THE COURT GRANTS** the continuance for the reasons stated on the record. The Court sets the disposition hearing for Friday, January 23, 2015 at 2:30 p.m.

Sentencing: 8 min