# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. **CR 11-00434-001-TUC-CKJ(CRP)** |
| **Jesus Valencia** | |
| | **JUDGMENT AND COMMITMENT** |
| USM#: 27105-308 | **REVOCATION OF SUPERVISED RELEASE** |
| | Mark Willimann, CJA Appointed |
| | Attorney for Defendant |

On 5/12/2011 the defendant, present with counsel, appeared for sentencing for violating, Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(i), Transportation of Illegal Aliens for Profit, a Class C Felony offense, as charged in the Information .

The defendant was sentenced to a term of **FIVE (5) MONTHS** imprisonment and upon release, **TWENTY FOUR (24) MONTHS** of supervised release to follow.

On 8/26/2014 the United States Probation Office filed a petition to revoke the term of supervised release.

On 11/6/2014 the defendant appeared with counsel and admitted allegation B as reflected in the petition to revoke filed in this matter.  The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 5/12/2011 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **TEN (10) MONTHS** with **NO** supervised release to follow.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**IT IS FURTHER ORDERED**  that all remaining allegations are dismissed.

The Court orders commitment to the custody of the Bureau of Prisons and recommends  that the defendant be placed in an institution in the State of Arizona.

The defendant is advised of defendant's right to appeal within **FOURTEEN (14) DAYS** of entry of judgment.

January 23, 2015
Date of Imposition of Sentence

DATED this 23rd day of January, 2015.

_____
Cindy K. Jorgenson
United States District Judge

CR 11-00434-001-TUC-CKJ(CRP) - Valencia